767 A.2d 482

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WINSTON ROACH, DEFENDANT–PETITIONER.

November 16, 2000.

Petition for certification is granted, limited to the issue of defendant's sentence (A–1625–97T3).